# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  10CR4608-WQH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| HERMINIO CASTANEDA-TORRES | ) | |
| Defendant. | ) | |

No objections having been filed,  IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's Plea of Guilty to count(s) 1 of the information.

DATED: January 4, 2011

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge